| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE | FOR COURT USE ONLY |
|---|---|---|
| Joseph John Turri, 181994<br>INSURANCE LITIGATORS AND COUNSELORS<br>445 N STATE ST<br>UKIAH, CA 95482-4421 | (707) 462-6117 | |
| | Ref No or File No | |
| ATTORNEY FOR (Name): Plaintiff | none | |

Insert name of court, judicial district or branch court, if any

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Paoli-Keplinger

DEFENDANT:

Lincoln National Life Insurance Company, et al.

| **PROOF OF SERVICE** | DATE: | TIME | DEPT/DIV | CASE NUMBER:<br>CV080945 EDL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Complaint, Civil Case Cover Sheet, Summons, Order Setting Initial Case Management Conference

2. Party Served:      Lincoln National Life Insurance Company

3. Person Served:     Becky DeGeorge @ CSC - Person authorized to accept service of process

4. Date & Time of Delivery:   2/25/2008    1:48 PM

5. Address, City and State:   2730 Gateway Oaks Drive Suite 100
                              Sacramento, CA  95833

6. Manner of Service:   Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 30.00

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/3/2008 at Oakland, California.

Signature: _____
Tyler Dimaria

FF# 6657447