1   Royal F. Oakes (080480), roakes@barwol.com
    Michael A. S. Newman (205299), newman@barwol.com
2   BARGER & WOLEN LLP
    633 West Fifth Street, 47th Floor
3   Los Angeles, California 90071
    Telephone: (213) 680-2800
4   Facsimile: (213) 614-7399

5

6   Attorneys for Defendants
    Lincoln National Life Insurance Company
7

8
                    UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12
    KAREN PAOLI-KEPLINGER,                    CASE NO.: CV 08 0945 EDL
13
                Plaintiff,                 )  ANSWER TO COMPLAINT
14                                         )
            vs.                            )
15                                         )
    LINCOLN NATIONAL LIFE INSURANCE         )
16  COMPANY, and DOES 1 through 20,         )
                                           )
17              Defendants.                 )
                                           )
18  _____)

19

20

21

22

23

24

25

26

27

28
    i:\office7\7197\227\08pleadings\answer to complaint.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1       Defendant Lincoln National Life Insurance Company ("Lincoln National") hereby answers

2   the Complaint of Karen Paoli-Keplinger ("Plaintiff") as follows:

3       1.      Answering paragraph one, admitted on information and belief that Plaintiff is a

4   resident of Mendocino, California, and that Plaintiff was issued a policy by Lincoln National.

5   Except as so admitted, denied.

6       2.      Answering paragraph two, Lincoln National is informed and believes that a copy of

7   the policy was not attached to the complaint served on it. Except as so admitted, denied.

8       3.      Answering paragraph three, admitted that Plaintiff was issued a policy by Lincoln

9   National. Except as so admitted, denied.

10      4.      Answering paragraph four, admitted.

11      5.      Answering paragraph five, admitted that Plaintiff was issued a policy by Lincoln

12  National. Except as so admitted, denied. Further admitted that Lincoln National is authorized

13  pursuant to California law to issue the policy. Except as so admitted, denied.

14      6.      Answering paragraph six, admitted that Plaintiff was issued a policy by Lincoln

15  National. Except as so admitted, denied.

16      7.      Answering paragraph seven, denied.

17      8.      Answering paragraph eight, denied on information and belief.

18      9.      Answering paragraph nine, admitted that the policy speaks for itself. Except as so

19  admitted, denied.

20      10.     Answering paragraph ten, admitted that Lincoln National has paid benefits under the

21  policy. Except as so admitted, denied.

22      11.     Answering paragraph eleven, denied.

23      12.     Answering paragraph twelve, admitted that the policy speaks for itself. Except as so

24  admitted, denied.

25      13.     Answering paragraph thirteen, denied.

26      14.     Answering paragraph fourteen, denied.

27      15.     Answering paragraph fifteen, denied.

28

i:\office7\7197\227\08pleadings\answer to complaint.doc

ANSWER TO COMPLAINT          CV 08 0945 EDL

1    16.    Answering paragraph sixteen, denied that any payments made by Lincoln National

2    were incorrect.

3    17.    Answering paragraph seventeen, denied.

4    18.    Answering paragraph eighteen, admitted that Lincoln National has paid benefits

5    under the policy.  Except as so admitted, denied.

6    19.    Answering paragraph nineteen, denied.

7    20.    Answering paragraph twenty, denied.

8    21.    Answering paragraph twenty-one, denied.

9    22.    Answering paragraph twenty-two, denied.

10    23.    Answering paragraph twenty-three, Lincoln National reiterates its responses to each

11    and every allegation in paragraphs 1-22, inclusive.

12    24.    Answering paragraph twenty-four, denied.

13    25.    Answering paragraph twenty-five, denied.

14    26.    The complaint contains no paragraph twenty-six.

15    27.    The complaint contains no paragraph twenty-seven.

16    28.    The complaint contains no paragraph twenty-eight.

17    29.    The complaint contains no paragraph twenty-nine.

18    30.    Answering paragraph thirty, denied.

19    31.    Answering paragraph thirty-one, Lincoln National reiterates its responses to each and

20    every allegation in paragraphs 1-30, inclusive.

21    32.    Answering paragraph thirty-two, denied.

22    33.    Answering paragraph thirty-three, denied.

23    34.    Answering paragraph thirty-four, denied.

24    35.    Answering paragraph thirty-five, denied.

25    36.    Answering paragraph thirty-six, denied.

26    37.    Answering paragraph thirty-seven, denied.

27

28    **AFFIRMATIVE DEFENSES**

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2600

-2-
ANSWER TO COMPLAINT                    CV 08 0945 EDL

1

2                            **FIRST AFFIRMATIVE DEFENSE**

3                                **[Failure to State a Claim]**

4          38.     As a separate and distinct defense, Lincoln National alleges that Plaintiff's

5     Complaint, and its purported claims for relief, fail to state facts sufficient to constitute a claim

6     against Lincoln National.

7

8                          **SECOND AFFIRMATIVE DEFENSE**

9                                **[Statute of Limitations]**

10         39.    As a separate and distinct defense, Lincoln National alleges that Plaintiff's

11    Complaint is barred by statutes of limitations including, but not limited to, California Code of Civil

12    Procedure sections 312, 335, 335.1, 337, 338, 339, 340 and 343.

13

14

15                           **THIRD AFFIRMATIVE DEFENSE**

16                             **[Claims Handled In Good Faith]**

17         40.    As a separate and distinct defense, Lincoln National alleges that Lincoln National's

18    handling of the Plaintiff's claim for benefits was reasonable and in good faith and, at all times

19    relevant herein, based on the material facts and circumstances as known to Lincoln National at the

20    time it acted, and therefore Plaintiff is not entitled to compensatory or consequential damages from

21    Lincoln National.

22

23                          **FOURTH AFFIRMATIVE DEFENSE**

24                                   **[Genuine Issue]**

25         41.    As a separate and distinct defense, Lincoln National alleges that to the extent there

26    exists a genuine issue as to what benefits, if any, Plaintiff was entitled to, Lincoln National's actions

27    could not have been in bad faith.

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-3-
ANSWER TO COMPLAINT                    CV 08 0945 EDL

1                                   **FIFTH AFFIRMATIVE DEFENSE**

2                                             **[Unclean Hands]**

3         42.   As a separate and distinct defense, Lincoln National alleges that Plaintiff's

4 Complaint is barred by the doctrine of unclean hands.

5

6                                     **SIXTH AFFIRMATIVE DEFENSE**

7                                         **[Waiver]**

8         43.   As a separate and distinct defense, Lincoln National alleges that Plaintiff's

9 Complaint is barred by the doctrine of waiver.

10

11                               **SEVENTH AFFIRMATIVE DEFENSE**

12                                     **[Estoppel]**

13         44.   As a separate and distinct defense, Lincoln National alleges that Plaintiff's

14 Complaint is barred by the doctrine of estoppel.

15

16                               **EIGHTH AFFIRMATIVE DEFENSE**

17                                     **[Laches]**

18         45.   As a separate and distinct defense, Lincoln National alleges that Plaintiff's

19 Complaint is barred by the doctrine of laches.

20

21                               **NINTH AFFIRMATIVE DEFENSE**

22                        **[No Mitigation of Damages]**

23         46.   As a separate and distinct defense, Lincoln National alleges that Plaintiff neglected

24 and refused to mitigate its damages, if any, thus barring, or at least reducing, any recovery herein.

25

26                               **TENTH AFFIRMATIVE DEFENSE**

27                        **[Losses Caused by Plaintiff]**

28         47.   As a separate and distinct defense, Lincoln National alleges that Plaintiff's losses,

BARGER & WOLEN LLP
833 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-4-
ANSWER TO COMPLAINT          CV 08 0945 EDL

1    injuries or damages (if there were any losses, injuries or damages) were proximately caused by

2    Plaintiff, constituting an intervening or superseding cause, and precluding liability of Lincoln

3    National.

4

5                          **ELEVENTH AFFIRMATIVE DEFENSE**

6                              **[Losses Caused By Third Parties]**

7            48.    As a separate and distinct defense, Lincoln National alleges that Plaintiff's losses,

8    injuries or damages (if there were any losses, injuries or damages) were proximately caused by third

9    parties, constituting an intervening or superseding cause, and precluding any liability on the part of

10   Lincoln National.

11

12                          **TWELFTH AFFIRMATIVE DEFENSE**

13                          **[Insufficient Allegations of Punitive Damages]**

14           49.    As a separate and distinct defense, Lincoln National alleges that the Complaint fails

15   to state facts sufficient to allow Plaintiff to recover an award of punitive or exemplary damages

16   against Lincoln National.

17

18                          **THIRTEENTH AFFIRMATIVE DEFENSE**

19                              **[Failure of Plaintiff to Cooperate]**

20           50.    As a separate and distinct defense, Lincoln National alleges that Plaintiff failed to

21   cooperate with Lincoln National.

22

23                          **FOURTEENTH AFFIRMATIVE DEFENSE**

24       **[Unconstitutionality of Punitive Damages as Violative of Due Process]**

25           51.    To the extent that the Complaint seeks exemplary or punitive damages from Lincoln

26   National, it violates Lincoln National's rights to substantive and procedural due process under the

27   Fourteenth Amendment to the United States Constitution and/or the Constitution of the State of

28   California, and therefore fails to state a cause of action supporting exemplary and/or punitive

BARGER & WOLEN LLP
833 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-5-
ANSWER TO COMPLAINT                    CV 08 0945 EDL

1  damages.

2

3  **FIFTEENTH AFFIRMATIVE DEFENSE**

4  **[Unconstitutionality of Punitive Damages as "Excessive Fines"]**

5  52.  To the extent the Complaint seeks exemplary or punitive damages from Lincoln

6  National, it violates Lincoln National's rights to protection against "excessive fines" as provided in

7  the Eighth Amendment to the United States Constitution and/or the Constitution of the State of

8  California, and therefore fails to state a cause of action supporting exemplary and/or punitive

9  damages.

10

11  **SIXTEENTH AFFIRMATIVE DEFENSE**

12  **[Reservation of Rights]**

13  53.  Lincoln National reserves its right to raise additional affirmative defenses and to

14  supplement those asserted herein upon further investigation.

15

16  WHEREFORE, Lincoln National prays for judgment as follows:

17  1.  That Plaintiff takes nothing by reason of her Complaint on file herein;

18  2.  That the Court enter a judgment dismissing the Complaint and its purported causes of

19  action against Lincoln National;

20  3.  That the Court award Lincoln National its reasonable expenses and costs, including

21  but not limited to reasonable attorneys' fees, incurred in the defense of the Complaint; and

22  4.  That the Court grant Lincoln National such other and further relief as the Court may

23  deem proper.

24

25

26

27

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-6-
ANSWER TO COMPLAINT                    CV 08 0945 EDL

1  Dated: April 14, 2008                    BARGER & WOLEN LLP

2

3                                           By: _____/S/_____
                                               ROYAL F. OAKES
4                                              MICHAEL A. S. NEWMAN
                                               Attorneys for Defendant Lincoln National
5                                              Life Insurance Company

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-7-
ANSWER TO COMPLAINT                    CV 08 0945 EDL