UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KAREN PAOLI-KEPLINGER

Case No. CV 08 0945 EDL

Plaintiff(s),

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

LINCOLN NATIONAL LIFE INS. CO.,
and DOES 1 through 20
                    Defendant(s).

_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/29/08   ■

Lincoln National Life Ins. Co.■
[Party]

Dated: 4/29/08   ■

Michael A.S. Newman   ■
[Counsel]