## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

KAREN PAOLI-KEPLINGER

CASE NO. CV 08 0945 EDL

Plaintiff(s),

v.

LINCOLN NATIONAL LIFE INSURANCE
COMPANY, and DOES 1 through 20

Defendant(s).

_____/

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓    Private ADR *(please identify process and provider)* _____

Private mediation with neutral mediator

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order
        referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline October 17, 2008 _____

Dated: 4/29/08

Dated: 4/29/08

Insurance Litigators & Counselors
Attorney for Plaintiff

Barger & Wolen LLP
Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
     Non-binding Arbitration
     Early Neutral Evaluation (ENE)
     Mediation
✓    Private ADR

Deadline for ADR session
     90 days from the date of this order.
✓    other  October 17, 2008

IT IS SO ORDERED.

Dated:  May 1, 2008



UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED

Judge Elizabeth D. Laporte