|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |
| 8  |    |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN PAOLI-KEPLINGER

          Plaintiff(s),

   v.

LINCOLN NATIONAL LIFE INSURANCE COMPANY, and DOES 1 through 20

          Defendant(s).
                                              /

No. C V 08 0945 EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 6, 2008

Signature _Michael Newman_
                      Barger + Wolen LLP
Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")