JOSEPH JOHN TURRI (SBN 181994)
INSURANCE LITIGATORS & COUNSELORS
445 North State Street
Ukiah, California 95482
Telephone: 707-462-6117
Facsimile:  707-468-5302

Attorneys for Plaintiff
   KAREN PAOLI-KEPLINGER

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN PAOLI-KEPLINGER,          )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>      vs.                        )<br>                                 )<br> LINCOLN NATIONAL LIFE           )<br> INSURANCE COMPANY               )<br> and DOES 1 to 20, inclusive,    )<br>                                 )<br>            Defendants.          )<br> _____) | **E-FILED**<br>No.  C-08-0945 MMC<br><br><br>PROOF OF SERVICE OF<br>CASE MANAGEMENT CONFERENCE<br>ORDER AND STANDING ORDERS FOR<br>CIVIL CASES ASSIGNED TO THE<br>HONORABLE MAXINE M. CHESNEY |

   I, the undersigned, say:

   I am and was at the time of the within described mailing, over 18 years of age and employed in the County of Mendocino, State of California, in which the within referred mailing occurred.  I am not a party to the cause or matter mentioned in the attached document.

   My business address is 445 N. State Street, Ukiah, CA 95482.  On May 21, 2008, I served the CASE MANAGEMENT CONFERENCE ORDER and STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY

PROOF OF SERVICE
-1-

1  by placing a copy thereof in an envelope, addressed to each addressee respectively at his or her
2  office address, as follows:

3
    Royal F. Oaks, Esq.
4      Barger & Wolden, LLP
    633 West Fifth Street
5      Forty-Seventh Floor
    Los Angeles, California 90071-2043
6

7      Each envelope so addressed and containing such copy was then sealed and postage
8  thereon full prepaid, and thereafter on the date and at the place this declaration was executed,
9  shown below, deposited by me in the mail reception facility regulatory maintained by the United
10 States Postal Service.
11     On May 21, 2008, I faxed a copy of said documents to Royal F. Oaks @ 213-614-7399.
12     I declare under penalty of perjury under the laws of the State of California that he
13 foregoing is true and correct.
14     Executed on May, 21, 2008, at Ukiah, California.

15                                         _Mary F. Morris_____
16                                         MARY F. MORRIS