1  Royal F. Oakes (080480), roakes@barwol.com
   Michael A. S. Newman (205299), newman@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5

6  Attorneys for Defendant
   Lincoln National Life Insurance Company
7

8
                    **UNITED STATES DISTRICT COURT**
9
                 **NORTHERN DISTRICT OF CALIFORNIA**
10
                      **SAN FRANCISCO DIVISION**
11

12  KAREN PAOLI-KEPLINGER,              )  CASE NO.: CV 08 0945 EDL
                                        )
13              Plaintiff,              )  JOINT STIPULATION OF COUNSEL TO
                                        )  CONTINUE THE CASE MANAGEMENT
14       vs.                            )  CONFERENCE FROM JUNE 6, 2008 TO
                                        )  JULY 11, 2008; [PROPOSED] ORDER
15  LINCOLN NATIONAL LIFE INSURANCE     )  THEREON
    COMPANY, and DOES 1 through 20,     )
16                                      )
                Defendants.             )
17  _____ )

18

19

20

21

22

23

24

25

26

27

28

i:\office7\7197\227\08pleadings\stip 2 cont cmcv2.doc

**TO THE HONORABLE MAXINE M. CHESNEY:**

In its Case Management Conference Order of May 20, 2008, the Court set the Case Management Conference in this matter for June 6, 2008, at 10:30 a.m.

Royal F. Oakes, lead counsel for Defendant Lincoln National Life Insurance Company ("Lincoln National") has informed Plaintiff's counsel that he has a pre-existing professional conflict with respect to that date and time (Mr. Oakes is scheduled on that date in Los Angeles, California to depose a party in a matter pending in the Los Angeles Superior Court).

Therefore, the parties hereby stipulate, and request that this Court order, that the Case Management Conference be continued from June 6, 2008 to July 11, 2008, at 10:30 a.m.  Good cause exists for this extension, based on Mr. Oakes' calendar conflict.  The proposed new conference date is the first convenient Friday with both the calendars of Plaintiff's counsel and Defendant's counsel.

The parties further stipulate that they will file their joint Case Management Conference Statement not later than July 2, 2008 (or by such date as is established by this Court's Order).

**IT IS SO STIPULATED:**

Dated: May 2̲5̲, 2008                           INSURANCE LITIGATORS & COUNSELORS

                                                By: _____
                                                    JOSEPH JOHN TURRI
                                                    Attorneys for Plaintiff
                                                    Karen Paoli-Keplinger

1  Dated: May 2?, 2008                              BARGER & WOLEN LLP

2

3                                                   By: _____
                                                    ROYAL F. OAKES      by Jcc
4                                                   MICHAEL A. S. NEWMAN
                                                    Attorneys for Defendant Lincoln National
5                                                   Life Insurance Company

6

7                                          **ORDER**

8

9      Based upon the stipulation of counsel, and good cause appearing, the Court hereby orders

10  that the Case Management Conference is continued from June 6, 2008 to July 11, 2008 at 10:30

11  a.m. The Court further orders that the Case Management Conference Statement be submitted no

12  later than July 2, 2008.

13

14      **IT IS SO ORDERED:**

15  DATE:

16

17

18                                          By: _____
                                                MAXINE M. CHESNEY
19                                              United States District Court Judge

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR                                    -2-
LOS ANGELES, CA 90071
(213) 680-2800

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

     On **May 23, 2008** , I served the foregoing document(s) described as **JOINT STIPULATION OF COUNSEL TO CONTINUE THE CASE MANAGEMENT CONFERENCE FROM JUNE 6, 2008 TO JULY 11, 2008; [PROPOSED] ORDER THEREON** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

| | |
|---|---|
| **Joseph John Turri, Esq.** | **Counsel for Plaintiff** |
| **Insurance Litigators & Counselors** | **KAREN PAOLI-KEPLINGER** |
| **445 North State Street** | |
| **Ukiah, California 95482** | |
| **Telephone No.: 707-462-6117** | |
| **Facsimile No.: 707-468-5302** | |

**[X] BY MAIL**

    **[X]** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[ ] OVERNIGHT DELIVERY**

    **[ ]** I am "readily familiar' with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

**[ ] BY PERSONAL SERVICE**

    **[ ]** I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

**[ ] BY FACSIMILE**

    **[ ]** By transmitting an accurate copy via facsimile to the person and telephone number as follows: **Joseph Turri, Esq. – Fax No. 707-468-5302**

**[X]**    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **May 23, 2008.**

ROSA E. ROJAS

BARGER & WOLEN LLP
10 EAST 40TH STREET
40th FLOOR
NEW YORK, NY 10016
(212) 557-2800

i:\office7\7197\227\08pleadings\proof.doc

PROOF OF SERVICE