1  Royal F. Oakes (080480), roakes@barwol.com
   Michael A. S. Newman (205299), newman@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California  90071
   Telephone:  (213) 680-2800
4  Facsimile:  (213) 614-7399

6  Attorneys for Defendant
   Lincoln National Life Insurance Company

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN PAOLI-KEPLINGER, | CASE NO.: CV 08 0945 ~~EDL~~ MMC |
| Plaintiff, | JOINT STIPULATION OF COUNSEL TO CONTINUE THE CASE MANAGEMENT CONFERENCE FROM JUNE 6, 2008 TO JULY 11, 2008; ~~[PROPOSED]~~ ORDER THEREON |
| vs. | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, and DOES 1 through 20, | |
| Defendants. | |

i:\office7\7197\227\08pleadings\stip 2 cont cmcv2.doc

TO THE HONORABLE MAXINE M. CHESNEY:

In its Case Management Conference Order of May 20, 2008, the Court set the Case Management Conference in this matter for June 6, 2008, at 10:30 a.m.

Royal F. Oakes, lead counsel for Defendant Lincoln National Life Insurance Company ("Lincoln National") has informed Plaintiff's counsel that he has a pre-existing professional conflict with respect to that date and time (Mr. Oakes is scheduled on that date in Los Angeles, California to depose a party in a matter pending in the Los Angeles Superior Court).

Therefore, the parties hereby stipulate, and request that this Court order, that the Case Management Conference be continued from June 6, 2008 to July 11, 2008, at 10:30 a.m. Good cause exists for this extension, based on Mr. Oakes' calendar conflict. The proposed new conference date is the first convenient Friday with both the calendars of Plaintiff's counsel and Defendant's counsel.

The parties further stipulate that they will file their joint Case Management Conference Statement not later than July 2, 2008 (or by such date as is established by this Court's Order).

IT IS SO STIPULATED:

Dated: May 25, 2008

INSURANCE LITIGATORS & COUNSELORS

By: _____
JOSEPH JOHN TURRI
Attorneys for Plaintiff
Karen Paoli-Keplinger

-1-

1 | Dated: May 23, 2008                                       BARGER & WOLEN LLP

3 | By: /s/ Royal F. Oakes
4 | ROYAL F. OAKES  by J.C.
   | MICHAEL A. S. NEWMAN
   | Attorneys for Defendant Lincoln National
5 | Life Insurance Company

### ORDER

Based upon the stipulation of counsel, and good cause appearing, the Court hereby orders that the Case Management Conference is continued from June 6, 2008 to ~~July 11, 2008~~ July 18, 2008 at 10:30 a.m. The Court further orders that the Case Management Conference Statement be submitted no later than ~~July 2, 2008~~ July 11, 2008.

**IT IS SO ORDERED:**

DATE: May 27, 2008

By: /s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Court Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-