1  Royal F. Oakes (080480), roakes@barwol.com
   Michael A. S. Newman (205299), newman@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5

6  Attorneys for Defendant
   Lincoln National Life Insurance Company
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | KAREN PAOLI-KEPLINGER,          ) CASE NO.: CV 08 0945 MMC
                                     )
13 |         Plaintiff,               ) JOINT CASE MANAGEMENT
                                     ) STATEMENT
14 |    vs.                           )
                                     )
15 | LINCOLN NATIONAL LIFE INSURANCE )
   | COMPANY, and DOES 1 through 20,  )
16 |                                  )
   |         Defendants.              )
17 |                                  )
   |_____) Complaint Filed: February 14, 2008
18

i:\office7\7197\227\08pleadings\cmc statement.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

JOINT CASE MANAGEMENT STATEMENT         CV 08 0945 EDL

Pursuant to Fed. R. Civ. Proc., Rule 26 and Civil Local Rule 16-9, Plaintiff Karen Paoli-Keplinger ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln National") jointly submit this Case Management Statement.

1. <u>Jurisdiction and Service</u>: This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1446, as there is complete diversity between the parties, and the amount in controversy exceeds $75,000. All parties have been served.

2. <u>Facts</u>: Plaintiff sought disability benefits under a Lincoln National policy claiming to be disabled. Plaintiff contends that she was not provided all benefits due to her under the policy. Lincoln National contends that it has paid Plaintiff all benefits due to her, and that its actions were reasonable.

3. <u>Legal Issues</u>: Plaintiff contends that Lincoln National's actions constitute a breach of contract and a breach of the implied covenant of good faith and fair dealing. She contends that Lincoln National's actions were unreasonable, willful, deliberate and intended to cause her injury. Lincoln National contends that, because it did not breach the terms of the policy, it cannot be liable to Plaintiff under any theory, be it breach of contract or bad faith. Further, Lincoln National contends that because its actions were reasonable, it cannot be liable for tort damages.

4. <u>Motions</u>: There are no pending motions. The parties anticipate the filing of motions for summary judgment and/or partial summary judgment.

5. <u>Amendment of Pleadings</u>: The parties do not anticipate any amendments of the pleadings.

6. <u>Evidence Preservation</u>: The parties are taking all measures necessary pursuant to law to preserve evidence in this matter.

7. <u>Disclosures</u>: The parties anticipate an exchange of initial disclosures prior to the CMC conference.

8. <u>Discovery</u>: The parties anticipate the service of interrogatories, requests for production, requests for admission, and depositions of witnesses to be completed by February 28, 2009.

9. <u>Class Actions</u>: There are no class allegations.

10. <u>Related Cases</u>: There are no related cases.

i:\office7\7197\227\08pleadings\cmc statement.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

JOINT CASE MANAGEMENT STATEMENT          CV 08 0945 EDL

11. <u>Relief</u>: Plaintiff seeks benefits she believes to be due under the policy, as well as general, special, and punitive damages in an amount still to be determined. Lincoln National denies that Plaintiff is entitled to benefits, general, special, or punitive damages, or any recovery in this action.

12. <u>Settlement and ADR</u>: The parties are would like to privately mediate this matter and will shortly agree on a mutually acceptable date and mediator.

13. <u>Consent to Magistrate Judge For All Purposes</u>: Parties ***do not*** consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.

14. <u>Other References</u>: The parties believe this case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. <u>Narrowing of Issues</u>: At this point, there do not appear to be any issues that can be narrowed, but the parties will apprise the Court at the time they become aware of such issues.

16. <u>Expedited Schedule</u>: The parties do not believe that this case should be handled on an expedited basis with streamlined procedures.

17. <u>Scheduling</u>: The parties proposed the following proposed dates:

   Fact Discovery Cutoff: February 23, 2009

   Designation of Experts: March 9, 2009

   Expert Discovery Cutoff: April 13, 2009

   Last day to file Discovery Motions (expert or fact): May 18, 2009

   Last day to file Dispositive Motions: June 22, 2009

   Pretrial Conference: August 31, 2009

   Trial: September 15, 2009

18. <u>Trial</u>: Plaintiff has requested a jury trial.

19. <u>Disclosure of Non-Party Interested Entities or Persons</u>: Each party has filed or will file in the immediate future the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
JOINT CASE MANAGEMENT STATEMENT        CV 08 0945 EDL

1   Lincoln National certifies that the following listed persons, associations of persons, firms,
2   partnerships, corporations (including parent corporations) or other entities (i) have a financial
3   interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-
4   financial interest in that subject matter or in the party that could be substantially affected by the
5   outcome of this proceeding:

6   Apart from Plaintiff the only parties that have a direct, pecuniary interest in the outcome
7   of this case are Lincoln National Life Insurance Company ("Lincoln National") and Metropolitan
8   Life Insurance Company ("MetLife"). Lincoln National is a subsidiary of Lincoln National
9   Corporation. MetLife is a wholly owned subsidiary of MetLife, Inc.

10   Plaintiff certifies that no such interest is known other than that of the named parties to the
11   action.

13   Dated: July  11 , 2008               BARGER & WOLEN LLP

15                                        By: _____
16                                        ROYAL F. OAKES
                                          MICHAEL A. S. NEWMAN
17                                        Attorneys for Defendant Lincoln National
                                          Life Insurance Company

19   Dated: July  9 , 2008                INSURANCE LITIGATORS &
20                                        COUNSELORS

22                                        By: _____
                                          JOSEPH JOHN TURRI
23                                        Attorneys for Plaintiff Karen Paoli-
                                          Keplinger