**CIVIL MINUTES**

Judge MAXINE M. CHESNEY

E-filing

Date: JUL 18 2008

C-08-0945-MMC

KAREN PAOLI-KEPLINGER v. LINCOLN NATL LIFE INSURANCE CO.

Attorneys: JOSEPH JOHN TURRI    ROYAL OAKES

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**    **RULING:**

1. _____    _____
2. _____    _____
3. _____    _____
4. _____    _____

( ) Status Conference   ( ) P/T Conference   (✓) **Initial** Case Management Conference

**ORDERED AFTER HEARING:**

Last day to file discovery motions is 5/18/09. Meet & confer by 7/27/09. Deadline to file dispositive motions is 6/12/09.

(✓) ORDER TO BE PREPARED BY:  Pltf____  Deft____  Court ✓

(✓) Referred to ~~Magistrate~~ For: PRIVATE MEDIATION by agreement of the parties
    (✓) By Court

(✓) CASE CONTINUED TO 6/26/09 C 10:30 for FURTHER STATUS CONFERENCE
    Joint Statement due by 6/19/09.

Discovery Cut-Off  2/23/09    Expert Discovery Cut-Off  4/20/09

π/Δ ~~Pltf~~ to Name Experts by  3/9/09    π/Δ REBUTTAL ~~Deft~~ to Name Experts by  3/30/09

P/T Conference Date  9/1/09 C 3:00    Trial Date  9/14/09 C 9:00   Set for  4  days
        Type of Trial: (✓) Jury   ( ) Court

Notes: _____

cc: ADR (15 min)