Royal F. Oakes (080480), roakes@barwol.com
Michael A. S. Newman (205299), newman@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendants
Lincoln National Life Insurance Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| KAREN PAOLI-KEPLINGER, | ) | CASE NO.: CV 08 0945 MMC |
| Plaintiff, | ) ) | **STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE** |
| vs. | ) ) | [Filed Concurrently With: |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, and DOES 1 through 20, | ) ) ) | - [Proposed] Order] |
| Defendants. | ) ) | |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\227\08pleadings\stip for dismissal.doc

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff Karen Paoli-Keplinger and Defendants Lincoln National Life Insurance Company, by and through their respective attorneys of record, that the above-referenced action be, and is hereby, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties further stipulate that each party shall bear her or its own costs, including attorneys' fees.

Dated: September 11, 2008

INSURANCE LITIGATORS & COUNSELORS

By: _____
JOSEPH JOHN TURRI
Attorneys for Plaintiff
Karen Paoli-Keplinger

Dated: September 15, 2008

BARGER & WOLEN LLP

By: _____
ROYAL F. OAKES
MICHAEL A. S. NEWMAN
Attorneys for Defendant Lincoln National
Life Insurance Company

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KAREN PAOLI-KEPLINGER, | ) | CASE NO.: CV 08 0945 MMC |
|---|---|---|
| Plaintiff, | ) ) ) | [PROPOSED] ORDER FOR DISMISSAL OF CASE WITH PREJUDICE |
| vs. | ) ) | [Lodged Concurrently With: |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, and DOES 1 through 20, | ) ) ) | - Stipulation for Dismissal] |
| Defendants. | ) ) | |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\227\08pleadings\order for dismissal.doc

## ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice:

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: September 16, 2008

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE